IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | *    Criminal No. ELH-11-0258 |
| RICHARD ANTHONY WILFORD, | * |
| Defendant. | * |

...oOo...

## ORDER

Having read and considered the Defendant's emergency motion to prevent his transfer and to restore him to home confinement (ECF 709), and the government's response thereto, the Court rules as follows:

1. The motion is DISMISSED without prejudice because the defendant has not exhausted administrative remedies.

2. Additionally, and alternatively, the motion is DISMISSED without prejudice because this Court lacks jurisdiction to order or direct the Bureau of Prisons with regard to the placement of an inmate.

It is so ordered this 21st day of August, 2023.

_____
The Hon. Ellen L. Hollander
United States District Judge