FILED: September 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7406
(1:11-cr-00258-ELH-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RICHARD ANTHONY WILFORD, a/k/a Richie Rich

      Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 07/27/2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*